# United States Bankruptcy Court
Eastern District of Louisiana

CEDRIC HUNTER

09-10742
Section A

## ORDER CONFIRMING CHAPTER 13 PLAN

Pursuant to a hearing held on May 26, 2009, the Court finds that the plan filed in this case on March 17, 2009, complies with 11 U.S.C. 1325; therefore,

**IT IS ORDERED, ADJUDGED AND DECREED**:

1. That the plan is confirmed and that the debtor shall make payments to the Trustee and to any other parties according to the terms specified in the plan.

2. That all proceeds from the sale of property, proceeds from lawsuits or settlements, or tax refunds payable to the debtor shall be turned over to the Trustee for administration.

3. That the debtor shall provide to the Trustee, at least once every six months until the case is closed, a report on the status of any pending or potential lawsuit in which the debtor is or may be a plaintiff.

4. Any and all objections to confirmation that were not withdrawn are denied.

5. The value of non-exempt property of the estate available for distribution to unsecured non-priority claims at confirmation is $0.00 (the "liquidation value").

6. THE TRUSTEE REQUIRES THREE (3) MONTH STATUS REPORTS ON EMPLOYMENT.

New Orleans, Louisiana, June 4, 2009.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge